JULY 16TH 2015

MICHAEL RAY CHANDLER JR #1875978
ESTELLE UNIT, 264 FM 3478
HUNTSVILLE, TEXAS 77320

78,068-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 30 2015

Abel Acosta, Clerk

RE: VIOLATION OF TIME LIMITATIONS / VOILATION OF DUE PROCESS
    CAUSE # 5284-2

Dear COURT OF APPEALS OF TEXAS, ABLE ACOSTA, CLERK,

    January 14th, 2015 was when Bee County District Clerk finally wrote
me a letter confirming that my Writ Of Habeas Corpus was filed: note that
I had mailed off the Writ October of 2014 and it took four months before
it was actually filed. Futhermore, I waited severel months before I deci-
-ded to question Bee County's Clerk Ms. ZENAIDA SILVA about the Writ bei-
-ng answered by Bee County's Court and I never received a responce in
severel letters', so I wrote you, The Courts Of Appeals and twice you
wrote back claiming that you showed no record of Bee County fowarding
my Writ and I sent them the letters' you had sent me questioning Beeville
Court. I strongly believed that they were trying to cover up the matter,
it was obvious that they did not want to foward the Writ to a higher
Court, which is why I then wrote the 5TH Circute Court out of Louisiana
to investigate the matter and all of a sudden I receive your card stating
On this day, the application for 11.07 Writ of Habeas Corpus has been
received and presented to the Court JULY 2ND, 2015.

    The question at hand is "DID BEEVILLE 156TH JUDICIAL DISTRICT COURT
ERROR IN NOT FOWARDING MY WRIT WITHIN THE PROPER TIME LIMITATION?" SHOULD
NOT THIS BE SOME TYPE OF ERROR VIOLATING MY RIGHTS, IS NOT THIS GROUNDS
TO ACT IN MY FAVOR FOR AUTOMATIC REVERSAL? Look at the dates, Beeville's
Distric Clerk has not contacted me whatsoever since the letter written
January 14th 2015.

    Surely there must me rules, statues of limitations, and laws violated
here. If the shoe was on the other foot & the Claim was against me,
there I would surely be at a loss and whatever burden that came with
my error would act against me. Threrfore I ask that you take this in
consideration for the record and please foward a copy of this letter
to the 5TH Circute Courts there in Louisiana for record purposes. I
don't want this issue to be neglected, Im bringing it to the Courts
Attention.

    This is my Grievance against Beeville District Court, and this is
my claim against the Court.

                              Respectfully Submitted,

                              Michael Ray Chandler

PS. Thats almost 6 months with out any communication whatso ever,
totally Keeping me in the dark, What exactly were they not
wanting a higher court to see? Wrongful Conviction and a
compusation claim that I made very clear "I wanted ⟶

$460,000 if I were intitled to this claim, including dropping the felony off my record. I'm not a lawyer but I know theres a limit on how much you are intitled to in matters of settlements $80,000 per year. So I was locked up 4 years 6 months 29 days, plus pain and suffering because I was beaten and raped in prison at a young age, strait from high school. This greatly have altered my life, I'm now diagnosed with PTSD, MDD, paranoia skitzofrania. Just for the record, If theres a such thing as Justice here in the Texas Courts, This would be a great blessing to re-establish a new and better life as a truck driver and live a secluded country life on a small farm.

Respectfully Yours Truely
Michael Ray Chandla